**JUDGE REARDEN**

24 CV 07610

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PATRICIA SABINI

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Dept for the aging

_____

Do you want a jury trial?

☒ Yes    ☐ No



U.S. DISTRICT COURT
FILED
OCT 0 8 2024
S.D. OF N.Y.

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

RECEIVED
SDNY PRO SE OFFICE
2024 OCT -9 PM 12: 00

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

PATRICIA _____ T _____ SABINI

First Name                    Middle Initial        Last Name

14 Bedford St. apt #17

Street Address

NY _____                    NY _____                    10014

County, City                State                        Zip Code

929-286-6948 _____        patriciasabini31@gmail.com

Telephone Number            Email Address (if available)

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:        Dept. for the Aging

Name                2 Lafayette St 6th Floor

Address where defendant may be served

NEW YORK            NY            10007

County, City        State        Zip Code

Defendant 2:        _____

Name

_____

Address where defendant may be served

_____

County, City        State        Zip Code

Page 2

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                    State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

*Dept. for the aging*

Name

*2 Lafayette St. 6th Floor*

Address

*New York*            *NY*          *10007*

County, City                    State              Zip Code

## III.   CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☒ religion: *18 month wait — No one in — Continued*

☐ sex: _____

☐ national origin: _____

III. CAUSE OF ACTION

☒ RELIGION - the program that I met waited as long as I did & I had no income coming in

- Paid $135 for fingerprints to get the job that others in the program did not have to pay.

- Was offered a phony job; expressly for the purpose of their hoping I would say no, so they could kick me out of the program.

- Terminated with no offering of testing.

- Termination letter of 6/29/2022 by deputy director Enos Cheung violated the SCSEP Involuntary Termination Policy & Title VII laws.

- Senior executives: Mr. Cheung, Mr. Lucas & Ms Washan ignored all my emails starting in early June til mid-July requesting a religious accomodation form. A form!

- After researching, because I had no help from DFTA, I sent in the grievance procedure for involuntary termination. Ms Washan, Senior Director of DFTA, sat on it for 4 months totally violating

(2)

the grievance procedure for involuntary termination laid out in the SCS&P Handbook.

- Ms Nashar, true to her ill will + bias towards me because of my refusing to take an abortion tainted vaccine sent me a religious accomodation form 5 months after my June 29 Termination letter.

- Ms Nashar did not demonstrate " the undue hardship on the employers' business" in her rejection letter of 12/9/2022

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

Page 4

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☒  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☐  retaliated against me

☐  harassed me or created a hostile work environment

☒  other (specify):  _Specified under B. Facts_

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Since the Court takes important note of the decision rendered by EEOC (in this case dismissal) I want to document that in my case the EEOC investigator functioned not as a neutral investigator but as an advocate for DFTA. And this was from the (very start) After emailing + emailing every single executive

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

(2)

(Mr. Lucas, Mr. Cheung, Ms Noshan) and re-
ceiving not one response for a religious acc-
omodation form I went to EEOC.

A very fine gentleman from the D.C. office
spent I would say 2 hours helping me get
on the portal. He had done all he could for
me. The problem was none of the windows
lit up to make an appt. with the local
office. This was early July 2022

So I then called the local office num-
erous times to try to make an appt with
them. My phone calls were never returned.

Then, to protect themselves, because they
are serving as a public body, they emailed
me just under the deadline (2/27/2033) before
my case expired. This shrewdly enabled
them to limit their investigative scope.

A word about Andrea Reddy, the
so-called investigator.

When the EEOC accepts a case
the investigator is either supposed to
interview the person by telephone or by
Zoom.

She did neither.

The only time she deigned to talk
to me was when she called (9/13/2002) to tell
me she was putting in for dismissal.

(3)

But in that phone call she did say she talked to DFTA officials.

Incredibly this was 8 days after I had emailed her (9/5/2024) when I should send in my evidence. She never responded.

Ms Reddy shrewdly narrowed my religious discrimination charge to simply one of accomodation (the better to help DFTA).

So now let me state:
EEOC under Ms Reddy turned a blind eye to:

- The fact that I waited 18 months to be accepted & had no income coming in. Not one of the many acquaintances I met there waited that length of time & most had SS.

- DFTA offered me 3 jobs, all of which I accepted but the last one was a fraud. In Sept. of 2021, Ms Moldonado offered me a job, I readily said yes, when do I start? She backed off. Said she had others to interview. In the interview I realized she never

(4)

actually gave me a job description.
She was only hoping I would say no to
kick me out of the program.
   The dye had been cast in Feb. of 2021
when we were in a Zoom class with
Ms. Yee. She asked all of us if we would
take the Vaccine & went Round Robin.
   I replied "No, because it's made
from embryonic stem cells."

- I paid $135 for fingerprint when
others in the class did not have to pay.

- that plaintiff, when told in early
June of 2022 of pending termination, sent
emails to all the Executives (Mr. Lucas,
Mr. Cheung, Ms Washaw) for a religious accom—
odation form. Many, Many emails & til
early July 2022. No one ever responded.

- The June 29, 2022 termination letter
by Mr. Cheung Violated the SCSEP rules
governing involuntary termination
& violated the law in not Stating there
are medical & religious exemptions to
Vaccine mandates.

(5)

- Ms Nashan sat on my grievance appeal sent (7/12/2022) for more than 4 months violating the SCSEP rules governing grievance appeals for involuntary termination

- Fantastically, 5 months after my termination letter (6/29/2022) I finally received a religious accommodation form. A form!

- 6 months after the 6/29/2022 termination letter, in December she denied my request for a religious accomodation (Suprise! Suprise!) never specifying the "undue 'hardship'" that would result in my being tested + mask wearing.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒   Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?   _4/25/2023_

☐   No

Have you received a Notice of Right to Sue from the EEOC?

☒   Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?   _July 11, 2024_

When did you receive the Notice?   _July 11, 2024_

☐   No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☒   direct the defendant to re-employ me

☐   direct the defendant to promote me

☐   direct the defendant to reasonably accommodate my religion

☐   direct the defendant to reasonably accommodate my disability

☒   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

_Pay damages. For their blatantness in violating their own SCSEP rules, Title VII laws + the religious discrimination specified in the Complaint_

Page 6



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:
520-2022-06441

EEOC Form 5A (October 2017)

| | |
|---|---|
| **Personal Information** | First Name: Patricia    MI: T    Last Name: Sabini<br>Address: 14 Bedford St.    Apt.: 17<br>City: NEW YORK    County: United States of America    State: United States    Zip Code: 10014<br>Phone: 9292866948    Home ☐ Work ☐ Cell ☒    Email: patriciasabini31@gmail.com |
| **Who do you think discriminated against you?** | Employer ☐    Union ☐    Employment Agency ☐    Other Organization ☒<br>Organization Name: Dept for the Aging<br>Address: 2 Lafayette St    Suite: 6 floor<br>City: New York    State: NY    Zip Code: 10007    Phone: 2126026958 |
| **Why you think you were discriminated against?** | Race ☐    Color ☐    Religion ☐    Sex ☐    National Origin ☐    Age ☐<br>Disability ☐    Genetic Information ☐    Retaliation ☐    Other ☐ (*specify*) |
| **What happened to you that you think was discriminatory?** | **Date of <u>most recent job action</u> you think was discriminatory:** 12/27/2022<br>**Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).**<br><br>I waited over a year and 2 months to be accepted and had no income coming in ( ss or a pension). When I entered the program I made many acquaintances and no one waited as long as I did and most of them had small pensions or ss coming in. 2- I was offered 3 jobs during my time thereunder I said yes to all of them and yet I was terminated before my 4 years were up and the many emails sent to Mr.Lucas and Mr.Cheung to send me a form for religious exemption were ignored. 3. I then turned to my SCSEP Handbook and followed the procedure of filing a grievance and sent it off to the senior director as stated in the handbook. She arranged a formal grievance in August with Ms. Maldonado in attendance ( who incidentally was the last person who offered me a job, said yes then never heard from her again). She sat on it and it never went through. After my protestations of not putting my grievance through , Ms Nashar set up another grievance session in November 2022 again with Ms Maldonado in attendance. Also I was discriminated with my second job offer circa February 2020 where I was told one of the requirements in being a substitute teacher for School Professionals was to pay $135 for fingerprints which I readily did. Subsequently I found out that Jonathan McChristian did not have to pay for his fingerprints. The program paid. Mr Cheung in his 6/29/2022 letter of termination did not follow IX.II INVOLUNTARY TERMINATION POLICY. He did not affirm anywhere in the letter my right to appeal under DFTA grievance policy as it so states in the handbook. He did not attach a copy of the grievance procedure that it states to do and lastly the city had religious and medical exemptions and were unjustly not noted in the letter. And in April of 2022 I had received forms to recertification so this came as an absolute surprise. I had imagined that they would want us to be tested and mask wearing. I had stated in a round robin Zoom class with Ms Mae in February of 2021I would not get vaccinated because they used embryonic stem cells but as stated no religious exemption form was even mentioned in Mr.Cheungs ' letter. The last certified letter I received after Christmas 2022 denying me religious exemption was spurious because I agreed if need be to be tested daily and mask wearing at all times. For the substitute teacher position I did everything Mr.Brown requested of me : every vaccination they said I needed, physical examination, references, buying a Smart phone so I could book appointments with School Professionals and asI said paying $135 for fingerprints when others in the program didn't have to. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br><br>Signature: _Patricia_    Date: Apr 25, 2023 |

April 24, 2023

520-2022-06441 - Charge of Discrimination - New York District Office

Final Audit Report                                          2023-04-25

| Created: | 2023-04-25 |
|---|---|
| By: | U.S. Equal Employment Opportunity Commission (EEOC.CHARGE-SUPPORT@EEOC.GOV) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAtCPavbaTWR89XodMo831SOpMwPcd3yaw |

## "520-2022-06441 - Charge of Discrimination - New York District Office" History

📄 Document created by U.S. Equal Employment Opportunity Commission (EEOC.CHARGE-SUPPORT@EEOC.GOV)
2023-04-25 - 1:15:38 AM GMT

📧 Document emailed to patriciasabini31@gmail.com for signature
2023-04-25 - 1:15:40 AM GMT

📂 Email viewed by patriciasabini31@gmail.com
2023-04-25 - 11:50:43 AM GMT

✍ Signer patriciasabini31@gmail.com entered name at signing as Patricia T Sabini
2023-04-25 - 12:56:49 PM GMT

✍ Document e-signed by Patricia T Sabini (patriciasabini31@gmail.com)
Signature Date: 2023-04-25 - 12:56:51 PM GMT - Time Source: server

🏅 Agreement completed.
2023-04-25 - 12:56:51 PM GMT



Powered by
**Adobe**
**Acrobat Sign**



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/11/2024

**To:** Ms. Patricia Sabini
14 Bedford St Apt 17
New York, NY 10014
Charge No: 520-2022-06442

EEOC Representative and email:    ANDREA REDDY
Federal Investigator
andrea.reddy@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 520-2022-06442.

On behalf of the Commission,

Digitally Signed By:Yaw Gyebi, Jr.
07/11/2024
Yaw Gyebi, Jr.
District Director

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _10/2/ 2024_ | _Patricia Sabini_ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| _Patricia_ | _T_ | _Sabini_ |
| First Name | Middle Initial | Last Name |

_14 BEDFORD St. APT #17_
Street Address

| | | |
|---|---|---|
| _NEW YORK_ | _NY_ | _10014_ |
| County, City | State | Zip Code |

| | |
|---|---|
| _929-286-6948_ | _patriciasabini.31@ gmail.com_ |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7